SEP 08 2005

1  David A. Boone, Esq.,
   #74165

The following constitutes the
Order of the Court. Signed _____ 9\2\\ ____ 200_\_

2  Susan D. Silveira, Esq.
   #169630

3  Law Offices of David A. Boone
   1611 The Alameda

4  San Jose, California 95126
   Telephone: (408) 291-6000

_____
HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

5  Facsimile: (408) 291-6016

6  ATTORNEYS FOR DEBTOR
   Molly Crane

7

8

9

10

11

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 In Re: | ) | Case No. 96-58807 ASW |
| 13     MOLLY CRANE | ) | Chapter 13 |
| 14           Debtor | ) | ADVERSARY NO.05-5444 |

15      MOLLY CRANE )
16  )
17      Plaintiff )
    vs. )
18  )
    LAURENCE J. MCEVOY, individually and )
19  CLAYTON & MCEVOY, a professional )
    corporation, NEVADA COUNTY )
20  SHERIFF'S OFFICE )
    )
21      Defendants )
    )

22

**ORDER RULING APPLICATION FOR TEMPORARY RESTRAINING ORDER MOOT**
23  **AS AUTOMATIC STAY HAS BEEN REIMPOSED**

24      This matter having come on for hearing on September 2, 2005, at 2:45 pm on Debtor's

25  Application for Temporary Restraining Order, all parties appearing and the Court having

26  reviewed the records and files herein and having considered all evidence presented at the hearing;

27      **IT IS HEREBY ORDERED** that:

1.    The debtor's request for a temporary restraining order is deemed moot as the court has concurrently granted debtor's Motion to Reopen her bankruptcy case and ordered the reimposition of the automatic stay— — which occurred automatically.

**END OF ORDER**

ASW

Approved as Conforming to Court Order

/s/ Laurence McEvoy
Laurence McEvoy, Esq. For himself and
Clayton & McEvoy

/s/ Edward Kiernan
Edward Kiernan, Deputy County Counsel
Nevada County Sheriff's Office

COURT SERVICE LIST

Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126

Laurence J. McEvoy
Clayton & McEvoy
333 W. Santa Clara St. #950
San Jose, CA 95113-1721

Devin Derham-Burk
Chapter 13 Trustee
P.O. Box 50013
San Jose, CA 95150

Nevada County Sheriff
950 Maidu Avenue
Nevada City, CA 95959